COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-04-037-CR
 
  
EX 
PARTE
RAYMOND 
DOMINIC COZZI, JR.
  
  
------------
FROM 
THE 371ST DISTRICT COURT OF TARRANT COUNTY
------------
OPINION
------------
        Appellant 
Raymond Dominic Cozzi, Jr. appeals from the trial court’s order dismissing his 
article 11.072 application for writ of habeas corpus as moot.[1]  
Article 11.072 provides that “the trial court shall enter a written 
order granting or denying the relief sought in the application.”[2]  An applicant may appeal from the denial of any or 
all relief.[3]  In this case, the trial court did 
not enter the statutorily mandated ruling but instead dismissed the 
application.  While Appellant could have very well filed a petition for a 
writ of mandamus in this court, requesting that the trial judge be ordered to 
rule on his application,[4] he does not have the right 
to appeal from a dismissal of his application.[5]   
We therefore dismiss this appeal for want of jurisdiction.
 
 
                                                                  LEE 
ANN DAUPHINOT
                                                                  JUSTICE
 
PANEL 
F:   LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.
PUBLISH
DELIVERED: 
April 29, 2004

 
NOTES
1.  
Tex. Code Crim. Proc. Ann. art. 11.072 
(Vernon Supp. 2004).
2.  
Id. art. 11.072, § 6(a) (emphasis added).
3.  
Id. art. 11.072, § 8.
4.  
See Ex parte Hargett, 819 S.W.2d 866, 868 (Tex. Crim. App. 1991); Barnes 
v. State, 832 S.W.2d 424, 426 (Tex. App.—Houston [1st Dist.] 
1992, orig. proceeding); Von Kolb v. Koehler, 609 S.W.2d 654, 655-56 
(Tex. App.—El Paso 1980, orig. proceeding).
5.  
See Tex. Code Crim. Proc. Ann. art. 11.072, 
§ 8; Ex parte Noe, 646 S.W.2d 230, 231 (Tex. Crim. App. 1983).